ACCEPTED
06-14-00166-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/5/2015 3:43:34 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-14-00166-CR

| | | |
|---|---|---|
| **RODERICK KING** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **FOR THE SIXTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF THE STATE OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/5/2015 3:43:34 PM
DEBBIE AUTREY
Clerk

## STATE'S FIRST MOTION TO EXTEND TIME
## FOR FILING STATE'S BRIEF

THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, respectfully moves the Court to extend the time for filing of the Appellee's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate Procedure. In support of its motion, the State respectfully offers the following:

1. The Appellee's brief was due Monday, May 1, 2015, and I have not completed it due to other matters with more pressing deadlines.

2. The State seeks an additional 31 days from May 1, until Monday, June 1, 2015. The undersigned will, nonetheless, attempt to complete and file the State's brief prior to the extended deadline.

3. I prepared this motion on or before April 30, 2015, but inexplicably, I did not file it that day. Until today I thought I had filed it then.

4. I did not receive Appellant's Brief until March 6, because of a glitch in service from Appellant's lawyer.

5. The undersigned attorney is responsible for all post-conviction prosecution for the Gregg County Criminal District Attorney's Office, including direct appeals and applications for habeas corpus, bond forfeitures and traffic citation appeals.

   In the past 30 days the undersigned attorney has worked on the following:

   A.    Appellate brief in aggravated robbery case:

1. *Cordero Brown v. State, 06-14-00115-CR,* (10 volumes; 5 issues) due April 22, 2015 after one extension .

B. Responses to habeas applications:

1. *Ex parte Laderick Morgan* 33,311-B-H-1 March 31, 2015.
2. *Ex parte Moises Renteria* 38,802-A-H-1 April 1, 2015.
3. *Ex parte James Pierce* 37630-A.H-3 April 1, 2015.
4. *Ex parte Cline* 16,318-A-H-12?, WR-16.199-02, March 30, 2015
5. *Ex parte Montalbano,* 41,041-B-H-1 due April 25, 2015.
6. *Ex parte Young,* 42, 697-B-H-2, due April 28, 2015.
7. *Ex parte Wyatt,* 40, 788-A-H-2?, due April 28, 2015.
8. *Ex parte Player,* 42,164-A-H-1, due April 29, 2015
9. *Ex parte Freeman*, 42,132-B-H-2, due April 29, 2015.

C. PDR's reviewed:

1. *Saddler v. State,* 6-14-00016-CR, March 23, 2015.
2. *Pruitt v. State,* 6-14-00216-CR, March 30, 2015.

6. In the next 30 days the undersigned attorney has briefing deadlines in the following cases in addition to this one:

A. Appellate Briefs:

1. *Ross v. State*, 06-14-00157-CR due May 11, 2015.
2. *Nelson v.State,* 06-14-204 –CR due May 11, 2015.

B. Responses to 1 habeas applications

1. *Ex parte Spratling*, 26,307-B-H-1 due May 11, 2015.

7. Appellant relies on the following facts as good cause for the requested extension:

A. During the past 30 days, the undersigned has submitted nine habeas responses, as shown above, and has worked on the *Brown* brief, which is now 95 percent complete. In addition, I have processed numerous traffic court appeals and bond forfeiture cases.

B. I will be attending the Robert Dawson Conference on Criminal Appeals in Austin on May 27-29. No previous extensions have been requested by the State in this case.

C. This extension is not requested for purposes of delay, but so that justice may be done.

Respectfully submitted,

/s/Zan Colson Brown

Zan Colson Brown
Texas Bar No. 03205900
Assistant District Attorney
101 East Methvin St., Suite 333
Longview, TX  75601
Telephone: (903) 236–8440
Facsimile:  (903) 236–3701
E-mail: zan.brown@co.gregg.tx.us

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record by electronic transmission to:

Mr. Tim Cone
P.O. Box. 413
Gilmer, Texas 75644
Timcone6@aol.com

This 5th day of May, 2015.

/s/ **ZanColsonBrown**

Zan Colson Brown
Assistant District Attorney